THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent, 
 
 
 
 
 

v.

 
 
 
 
 Brandon Staley, Appellant.
 
 
 
 
 

Appeal From Orangeburg County
James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No.  2009-UP-566
 Submitted December 1, 2009  Filed
December 2, 2009

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; Solicitor David M Pascoe, Jr., of Orangeburg, 
 for Respondent.
 
 
 

PER CURIAM:  Brandon Staley pled guilty to kidnapping, armed
 robbery, assault and battery with intent to kill, and two counts of first
 degree burglary.  He appeals, arguing his plea was not voluntary because the
 plea court failed to advise him it was not bound by the State's sentencing
 recommendation.  After a
 thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.